# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELVIN WELLS AND ON TREASURE
WELLS, BETHANY WELLS,
PATRICK WELLS

NO.  2019 CW 0603

VERSUS

RONNIE BULLION, DEBRA
.DORSEY, DOUG WELBORN

**JANUARY 22, 2020**

---

In Re:    Kelvin Wells, applying for rehearing, 19th Judicial
          District Court, Parish of East Baton Rouge, No.
          669962.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **APPLICATION FOR REHEARING NOT CONSIDERED.**  According to
Uniform Rules of Louisiana Courts of Appeal, Rule 2-18.2(B),
applicable  to  requests  for  rehearings  related  to  writ
applications pursuant to Rule 4-9, "In cases governed by the
Code of Civil Procedure, an application for rehearing must be
filed  with  the  clerk  on  or  before  fourteen  days  after
transmission of the notice of the judgment." See also La. Code
Civ. P. art. 2166.  In the instant case, the notice of this
court's opinion was mailed on September 30, 2019, and the
rehearing application was filed on January 8, 2020, outside the
delay for seeking a rehearing.  Therefore, the application for
rehearing appears untimely and will not be considered.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT